UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM M. WILKES,

                                       CASE NO. 05-73166

      Plaintiff,                   HON. LAWRENCE P. ZATKOFF

v.

RICHARD THOMAS PARKER, JR.,
COUNTY OF MONROE SHERIFF'S DEPARTMENT,
MONROE COUNTY SHERIFF, TILMAN L. CRUTCHFIELD,
MONROE COUNTY SHERIFF CORRECTIONS OFFICER
SANDRA L. NADEAU,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On December 8, 2005, Defendants filed a Motion to Dismiss and/or Motion for Summary Judgment.  Plaintiff failed to respond to Defendants' Motion and on February 7, 2006, the Court issued an order requiring Plaintiff to show cause why Plaintiff had not filed his response brief.  On February 8, 2006, Plaintiff responded to the Court's order stating that "it is not contesting and otherwise stipulates to the relief sought in Defendant's Motion to Dismiss and/or for Summary Judgment."  For this reason, the Court HEREBY GRANTS Defendants' Motion to Dismiss and/or for Summary Judgment.

      IT IS SO ORDERED.

                                                  s/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 17, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290